JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY L. R.,[1] <br><br>               Plaintiff, <br><br>     v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>               Defendant. | Case No. 2:21-cv-05672-JC <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: August 17, 2022

                                          /s/
                          _____
                          Honorable Jacqueline Chooljian
                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.